UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LUIS BAYAS,

                Plaintiff,

       -against-

NOR-MARATHON SERVICE CENTER, INC.
and RATTAN SINGH,

                Defendants.

---------------------------------------------------------------X

Index No. 16-CV-356 (FB) (CLP)

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that Defendants acknowledges proper service of the summons and complaint in this action; and

IT IS FURTHER STIPULATED AND AGREED that the time for Defendants to answer, move or otherwise respond to the complaint is extended to and includes March 24, 2016.

Dated: Glen Cove, New York
          February 23, 2016

GINSBURG & MISK LLP

By: _____
Gerard N. Misk, Esq.
215-48 Jamaica Avenue
Queens Village, New York 11428
(718) 468-0500

Attorneys for Plaintiff

LAW FIRM OF ADAM C. WEISS, PLLC

By: _____
Adam C. Weiss, Esq.
3 School Street, Ste 303
Glen Cove, New York 11542
(516) 277-2323

Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.