UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS BAYAS,                                                                    Index No. 16-CV-356 (FB) (CLP)
                            Plaintiff,

          -against-                                                     **DEFENDANTS' RULE 7.1 STATEMENT**

NOR-MARATHON SERVICE CENTER, INC.
and RATTAN SINGH,

                          Defendants.
-------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Nor-Marathon Service Center, Inc. and Rattan Singh (collectively "Defendants"), certify that the following are publicly held corporate parents, affiliates and/or subsidiaries of said parties: None.

Dated: March 24, 2016
       Glen Cove, New York

                                                        Respectfully submitted,

                                                        _____
                                                        Adam C. Weiss (AW-5752)
                                                        THE LAW FIRM OF ADAM C. WEISS, PLLC
                                                        3 School Street, Suite 303
                                                        Glen Cove, New York 11542
                                                        (516) 277-2323 (tel)
                                                        (516) 759-2556 (fax)
                                                        Email: adam@acweisslaw.com

                                                        *Attorneys for Defendants*