# The Law Firm of
# Adam C. Weiss, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542

TELEPHONE: (646) 489-0059
FACSIMILE:   (516) 759-2556
www.acweisslaw.com

December 12, 2017

**VIA ECF AND FAX**

Honorable Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Bayas v. Nor-Marathon Service Center, Inc., et al
            Docket No.: 16-CV-00356 (FB)(CLP)

Your Honor:

    This firm represents the Defendants in the above referenced matter. I write to Your Honor to request the adjournment of the status/settlement conference scheduled for December 15, 2017. The reason for the request is to give the parties additional time to complete depositions, so that discovery can be completed and then, hopefully, the settlement conference can bear more fruit. I spoke to opposing counsel and he has consented to an additional 30-45-day window to complete the depositions. Finally, I must confess that opposing counsel has been reaching out to me on a regular basis to try and get the depositions scheduled, but my own schedule has not permitted me sufficient time to dedicate to this matter. I have committed to getting these depositions scheduled in January so there should not be any further delays.

                                                    Respectfully submitted,

                                                    Adam C. Weiss

cc:    Gerard Misk, Esq. (via ECF)